## AFFIDAVIT OF U.S. MARSHAL SERVICE

### Deputy U.S. Marshal Casey Reasonover

### Western District of Tennessee

I, Casey Reasonover, being duly sworn, state:

1. I am a Deputy with the United States Mrarshal Service (USMS) assigned to the Western District of Tennessee, Memphis Division. I have been a Deputy U.S. Marshal since 2019 and I am currently assigned to the Western District of Tennessee, Memphis, Tennessee. As such, I am a criminal investigator and law enforcement officer of the United States within the meaning of Title 28, United States Code 556(e)(1)(b), that is, and officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 28, United States code 556(e)(1)(b) the authority to pursue non-federal fugitives. I have been assigned investigations involving the apprehension of violent fugitives. I have arrested numerous individuals for outstanding warrants consisting of charges of homicide, drug violations, aggravated assault, weapons and firearm violations and federal and state probation violations. During those investigations I have conducted physical surveillance and witness interviews resulting in information to continue the investigations.

2. In connection with my official duties, I have received information from the Fayette County Sheriff's Office concerning their investigation of T.C.A. 39-13-202 First Degree Murder, T.C.A. 39-17-1324 Possession of a Firearm During the Commission of a Dangerous Felon committed by Jose Luis Hernandez. The investigation in part includes information developed by Deputy U.S. Marshals, U.S. Marshal Task Force Officers and Fayette County Sheriff's Office.

3. On or about November 23, 2015, law enforcement officials identified Jose Luis Hernandez as the suspect who committed First Degree Murder. This homicide occurred in Fayette County, Tennessee which is located on the Western District of Tennessee. Information obtained during the investigation from a confidential source and fugitive's daughter indicates Jose Luis Hernandez has fled the state of Tennessee and crossed the state line boundaries in November 26,2015.

4. Jose Luis Hernandez has active warrants for T.C.A. 39-13-202 First Degree Murder, T.C.A. 39-17-1324 Possession of a Firearm During the Commission of a Dangerous Felon.

5. Based on information developed by investigators with the U.S. Marshal Service, U.S. Marshal Service Task Force Officers, and Fayette County Sheriff's Office it is believed that Jose Luis Hernandez has fled the state of Tennessee in violation of Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution.

Further your affiant sayeth not.

*Casey Reasonver*

DUSM Casey Reasonover
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence
At Memphis, Tennessee, this 3rd day of October 2025.

s/Tu M. Pham

HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE